IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

BRENDA C. CUTLER,

    Plaintiff,

v.   No. 09-1046

DARYL G. ALLEN, ILIANA DeJESUS,
ROY WYATT and DECATUR COUNTY,
a municipal corporation,

    Defendants.

_____

ORDER OF DISMISSAL WITHOUT PREJUDICE
_____

The complaint of the Plaintiff, Brenda Cutler, who was represented by counsel, was filed on March 3, 2009 against the Defendants, Daryl G. Allen, Ilian DeJesus, Roy Wyatt and Decatur County, Tennessee. On May 6, 2009, Defendant Wyatt moved to dismiss portions of the Plaintiff's complaint. On June 23, 2009, Defendant DeJesus filed a motion for summary judgment, to which the Plaintiff did not respond. On July 24, 2009, the Court granted Plaintiff's attorney's motion to withdraw. In a letter to the Court dated August 24, 2009, the Plaintiff advised that she is "not . . . able to continue with [her attorney's] case." Upon receipt of Cutler's filing, the Court entered an order directing the Plaintiff to show cause why her complaint should not be dismissed. On September 11, 2009, the Plaintiff moved for dismissal of this matter without prejudice. Accordingly, this matter is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 29th day of September, 2009.

                                          s/ J. DANIEL BREEN
                                          UNITED STATES DISTRICT JUDGE